Walker F. Crowson (#032021)
wcrowson@swlaw.com
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isabel Aguirre,<br><br>            Plaintiff,<br><br>v.<br><br>ABM Industries, Inc.,<br><br>           Defendant. | No. 2:17-cv-01539-DCG<br><br>**NOTICE OF SETTLEMENT** |

        Defendant ABM Industries, Inc. gives notice to the Court that the parties have reached a settlement of all claims in the above-captioned matter, subject to the completion of settlement documentation. The parties anticipate filing a Motion to Approve the Settlement Agreement and to Dismiss the Case with Prejudice with the Court within 45 days.

        DATED this 10th day of November, 2017.

                              SNELL & WILMER L.L.P.

                              By: *s/ Walker F. Crowson*
                                  Walker F. Crowson
                                  One Arizona Center
                                  400 E. Van Buren, Suite 1900
                                  Phoenix, Arizona 85004-2202
                                  Attorneys for Defendant

ORIGINAL of the foregoing mailed this 10th day of November, 2017 to:

Michelle R. Matheson
Matheson & Matheson, PLC
15300 N. 90th St., Suite 550
Scottsdale, AZ 85260
mmatheson@mathesonlegal.com
*Attorneys for Plaintiff*

 *s/ Leslie Boone*
4827-4200-4308