# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Isabel Aguirre, | No. CV17-1539 PHX DGC |
| Plaintiff, | **ORDER** |
| v. | |
| ABM Industries, Inc., | |
| Defendant. | |

A joint motion to approve settlement agreement and dismiss the lawsuit with prejudice (Doc. 31) has been entered into between the parties in the above-entitled action.

**IT IS ORDERED** that the joint motion to approve settlement agreement and dismiss the lawsuit with prejudice (Doc. 31) is **granted.** The Settlement Agreement and Release of All Claims attached as Exhibit 1 to the joint motion to approve settlement agreement and dismiss lawsuit with prejudice is approved as a fair and equitable resolution of this action. This action is dismissed with prejudice, each side to bear its, his, or her own attorneys' fees, costs and expenses.

Dated this 11th day of December, 2017.

_____
David G. Campbell
United States District Judge